JOSEPH V. GAMBINO, Also Known as VINCENT J. GAMBINO, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 39295.) — HERLIHY, J.

630

Gibson, P. J, Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.